AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of Oklahoma

| | |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) |
| INFORMATION ASSOCIATED WITH THE CELLULAR DEVICE ASSIGNED CALL NUMBER (785) 202-2483 IN THE CUSTODY OR CONTROL OF VERIZON | ) ) ) ) |

Case No. M-24- 571- AMG

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

See Attachment A.

located in the _____ WESTERN _____ District of _____ Oklahoma _____, there is now concealed *(identify the person or describe the property to be seized):*

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | | *Offense Description* |
|---|---|---|
| 18 U.S.C. § 2422(b) | Coercion and Enticement | |

The application is based on these facts:

See Affidavit, attached hereto

☑ Continued on the attached sheet.

☑ Delayed notice of __365__ days (give exact ending date if more than 30 days: __11/09/2024__ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Marisol Flores, Special Agent FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __7/23/24__

_____
*Judge's signature*

City and state: Oklahoma City, Oklahoma

AMANDA MAXFIELD GREEN, U.S. MAGISTRATE JUDGE
*Printed name and title*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THE CELLULAR DEVICE ASSIGNED CALL NUMBER (785) 202-2483 IN THE CUSTODY OR CONTROL OF VERIZON | Case No. _____<br><br>**Filed Under Seal** |

### AFFIDAVIT IN SUPPORT OF
### AN APPLICATION FOR A SEARCH WARRANT

I, Marisol Flores, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I make this affidavit in support of an application for a search warrant for information associated with a certain cellular device assigned with call number **(785) 202-2483** (the "**TARGET CELLPHONE**") that is in the custody or control of **VERIZON,** a wireless communications service provider that accepts process at 180 Washington Valley Road, Bedminster, NJ 07921.   As a provider of wireless communications service, **VERIZON** is a provider of "electronic communications service," as defined in 18 U.S.C. § 2510(15).

2.      The information to be searched is described in the following paragraphs and in **Attachment A.**  This affidavit is made in support of an application for a search warrant under 18 U.S.C. § 2703(c)(1)(A) and Federal Rule of Criminal Procedure 41 to require **VERIZON** to disclose to the government the information further described in Section I of **Attachment B.**  Upon receipt of the information described in Section I of **Attachment B,**

government-authorized persons will review the information to locate the items described in Section II of **Attachment B.**

3.  Because this warrant seeks the prospective collection of information, including cell-site location information, that may fall within the statutory definition of information collected by a "pen register" and/or "trap and trace device," *see* 18 U.S.C. § 3127(3) & (4), the requested warrant is designed to also comply with the Pen Register Act, *see* 18 U.S.C. §§ 3121–3127. The requested warrant therefore includes all the information required to be included in an order pursuant to that statute, including a certification from an attorney for the government that the information likely to be obtained by the requested pen register and trap-and-trace device is relevant to an ongoing criminal investigation. *See* 18 U.S.C. § 3123(b)(1). That certification is attached as **Attachment C.**

4.  In sum, this affidavit is made in support of an application for three distinct items: (1) a pen register and trap-and-trace device on the **TARGET CELLPHONE**, pursuant to 18 U.S.C. § 3121–3127; (2) a "ping" on the **TARGET CELLPHONE**, pursuant to 18 U.S.C. § 2703 and Fed. R. Crim. P. 41(c); and (3) an order for historical and prospective cell site data for the **TARGET CELLPHONE**, pursuant to 18 U.S.C. § 2703(d).

5.  I am a federal law enforcement officer within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant. I have been a Special Agent with the Federal Bureau of Investigation (FBI) since 2015. In

this capacity, my responsibilities include the investigation of possible violations of federal law, including the investigation of crimes against children. During my career, my investigations have included the use of various surveillance techniques and the execution of various search, seizure, and arrest warrants.

6.  The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

7.  I am investigating the online and physical activities of an individual who has made plans to travel from Kansas to Oklahoma City, Oklahoma, to engage in sexual acts with children (a violation of 18 U.S.C. § 2423(b) if he follows through with the plans). As shown below, there is probable cause to believe that a person named James Martin Bates (BATES), using a facility or means of interstate and foreign commerce, namely, a cell phone, cell phone data and messages, a computer, and the Fetlife website who knowingly attempted to persuade, induce, entice, and coerce any individual who had not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense, in violation of 18 U.S.C. § 2422(b). I submit this Application and Affidavit in support of searching the information described in **Attachment A** to assist and aid in seizing of evidence and apprehension of BATES as described in **Attachment B** that will help locate BATES as he travels from Kansas to Oklahoma City, Oklahoma.

8.  The Court has jurisdiction to issue the proposed warrant because it is a "court of competent jurisdiction" as defined in 18 U.S.C. §§ 2711 & 3127. Specifically, the Court

3

is a district court of the United States that has jurisdiction over the offense being investigated. *See* 18 U.S.C. §§ 2711(3)(A)(i) & 3127(2)(A)(i).

## PROBABLE CAUSE

9.      On or about June 28, 2024, an online covert employee (OCE) of the FBI posted on the website Fetlife[1], "Thoughts on why I get off on watching my littles have fun with my adult friends? Lately that is all I am in to. It is the hottest thing I have ever done yet." On June 29, 2024, OCE was contacted by BATES through the messages feature on Fetlife, utilizing the profile name, "sexkingone". BATES said, "You and your daughters would make the perfect fuck toys for my son and I both using your holes both cuming deep in you at the same time our family sluts our breeding sluts." OCE responded, "except i am not into men ... deal breaker?" BATES answered, "No it's not." When OCE asked BATES how old his son was, he replied, "18 almost 19." Then BATES asked how old OCE's daughters were, and OCE stated, "10 n 7." Later in the chats, BATES sent a photo[2] saying, "Great and this is us." The last exchanged messages on Fetlife between OCE and BATES, on July 2, 2024, included OCE providing a cell phone

---

[1] Fetlife is described on its' website as "the Most Popular Social Network for the BDSM, Fetish & Kinky Community," with its' mission stating, "To help people feel comfortable with who they are sexually."

[2] In the photo there are two males, one in a black jacket and hat, and the other in a red sweatshirt and hat. The photo of the male in the black jacket and hat matched the driver's license photo of BATES. The photo of the male in the red sweatshirt and hat matched the driver's license photo of James Bates' son. Additionally, one of BATES' social media profile pictures is of himself and his son in the same outfits.

number for BATES to text if he ever wanted to, and BATES saying, "Ok mine is 785-202-2483 was going to offer but didn't want to seam to forward and where is better to talk for you text us better for me."[3]

10.    BATES was identified as the Fetlife user of "sexkingone" through BATES' own statements made during subsequent chats described in the next paragraph, as well as the photo of himself and son he sent to the OCE on Fetlife. BATES' Fetlife user profile, "sexkingone" shows the following:  51M Dom, North, Kansas, United States.[4] In addition, BATES provided his cell phone number as the **TARGET CELLPHONE** in which the OCE and BATES continued communications through. Lastly, BATES

11.    On July 2, 2024, at approximately 11:06 AM, BATES using the **TARGET CELLPHONE**, sent an SMS to OCE saying, "Hi this is sexkingone from get oh my name is James." After several exchanges, BATES said, "So you would be open to relocating if you found the right fit for you and the girls." OCE affirmed. BATES went on, "I believe in a close family not just sexual eating meals together family time together on weekends hard work hard play." OCE answered, "You are in my brain, sound perfect". BATES continued, "I take it they are not virgins," to which the OCE said, "The

---

[3] Open-source checks reveal phone number 785-202-2483 belonging to BATES.

[4] BATES' date of birth is 08.27.1972, which makes him 51 years old. BATES' also has several vehicles registered to him at an address in Norton, Kansas, as well as open-source checks revealing the same address in Norton, Kansas.

7 yo is […] 10 yo has been with one of my friends." BATES replied, "I would love to see you playing watching me and us with them."

12.    On July 4, 2024, BATES continued using the **TARGET CELLPHONE** to communicate with OCE saying, "Hope you and the girls have a good 4th of July." On July 8, 2024, OCE replied, "Hi James! Hope you had a wonderful 4th too." On July 9, 2024, BATES sent an SMS asking OCE, "How's our naughty girls today […] If you all was here we would have had a naked week at the lake skinny dipping dancing by the fire naked and much more." OCE responded, "Sounds fun!!!" BATES continued, "Glad you like them kind of ideas because that's the life I want." OCE said, "We would fit right in." BATES continued, "Good need the girls naked and ready for daddy's cock in the outdoors […] So want you and the girls here to make our taboo family I want them to be our breeding sluts […] Tell them you found them you found them a new daddy lol." OCE said BATES, "Really? Or are you just saying?" BATES confirmed, "Oh I'm for real […] I would love to combined our families I'm not just talk […] Do they want a new dad to take care of them and love them and teach them life and naughty things." OCE asked BATES if he had been with girls before, and BATES answered, "Not that age […] 14 […] Yes I am and I was good it was a friends daughter who when her parents wasn't around was even extra flirty." OCE asked how far it went and BATES replied, "It ended up going all the way after a few months of us messing around." OCE asked if the 14-year-old enjoyed it and BATES answered, "Yes she did and I loved that tight young pussy wrapped around my cock […] Would love to have you there while I am with both your girls and making the one a woman […] Teach them to eat my ass as the other sucks

6

my cock." Later BATES asked, "How do you feel about watching a 51 yr old cock sliding into your 7 yr virgin daughter [...] Making her daddy's fuck toy for the very first time." OCE replied they were turned on by this. BATES continued, "I want to see your older daughter serving you as you watch me slide into the younger one for the first time."

13.     On July 11, 2024, BATES, using the TARGET CELLPHONE, sent a message saying, "How's daddys naughty girls today his little ones sould be draining his cock right now." OCE told BATES they were ready when he was. BATES asked, "Mmmm really." OCE answered, "Yes, if you're real about it." BATES affirmed, "I want them both naked in front of me right now [...] And yes I'm real about it [...] So you would let me come visit and see how we all get along." OCE said, "I think so [...] Okay but only if it's what you want also." BATES again affirmed, "Yes I want this very much [...] Right now we should all be sitting naked the girls on there knees both sucking and licking daddy's cock you across from us legs spread touching yourself watching." OCE agreed and said they wanted that too. BATES said, "And it sounds like we need to plan a time for a trip [...] So you let me know when you all are ready and I'll make a trip to see you." OCE later said, "While I'm back working tell me what you want to do with the girls when you come visit." BATES answered, "And I want to go out and eat go out some where fun and have a great day kinda like a normal family but also take them shopping for some slutty clothes some flirting [...] And want to show them how much daddy will please their sweet young body's [...] We could be at a park or mini golfing something like that but I want all three of you in short skirts no panties teasing daddy all day long." OCE replied, "Oooo sounds fun [...] They love clothes shopping! How will you show

them how much daddy will please their sweet young bodies?" BATES answered, "By pleasing them kissing all over their body's eating their sweet pussys [...] And I want you to hold cori as I slide into her for the first time [...] God I want to drive to OkC right now." OCE then asked, "When can you come?" OCE then explained to BATES they needed to check on their work schedule to which BATES said, "But damn I do want it now but we will go on your time line."

14.    On July 13, 2024, BATES and OCE continued exchanging SMS messages. BATES, using the **TARGET CELLPHONE**, said, "I seen that they have some water parks down there are they any good [...] Nice can I take you all to one when you are ok with me to come visit." OCE agreed, but then expressed concern about not knowing BATES well. BATES, trying to gain trust said, "Ok if you are ok with it find a website that sells swimsuits all 3 of you pic out the sluttest and most revealing ones you would wear in public and put them in a cart and send me the link I think this sounds fun and shows you I am real." OCE said the girls and OCE would think about it. As OCE and BATES continued, BATES said, "Oh I get it and for me being a guy on this side it's really hard opening up and hoping I'm not being set up." As OCE and BATES discussed BATES visiting, BATES offered, "And I could even get a hotel if that would make you feel more comfortable [...] Great now all the of you might be sleeping in my bed at the hotel lol." When BATES asked OCE what OCE would like for him to do with the girls the first time, OCE answered, "Maybe some of what you've said before." BATES replied, "Good I want them both on there knees taking care of daddy's cock and balls and eating my ass [...] Good but I guess the first visit after the oral and I want to eat her also

8

she might have to just eat mommy while you both watch me eat and fuck Steph if there's are all things that you all are okay with." OCE said they were okay with it.

15.    On July 14, 2024, BATES, using the **TARGET CELLPHONE,** and OCE continued communicating about BATES traveling to Oklahoma City when OCE asked, "With this weekend off just now might not have one for a bit, but I'll try to work something out soon for like a Thursday-Saturday maybe. Would that work?" BATES answered, "Yes I can take a Thursday off and leave early so we can have the most time together."

16.    On July 16, 2024, BATES, using the **TARGET CELLPHONE,** asked OCE if OCE and the girls were ready for him to come down and OCE said yes, they thought so and asked what BATES thought. BATES replied, "Oh I'm ready [...] So tonight when you get home get online all three of you pick out your swimsuits and send me the link." BATES went on to discuss wanting, "proof" that OCE and the girls were real and suggested talking on the phone the night before. OCE agreed, and asked BATES if OCE should take off next Thursday to Saturday. BATES answered, "Yes if you want that would be perfect [...] Hit me up tonight when you are home so we can finalize plans". Later that evening, OCE sent two photos to BATES. One of the photos was of a leopard print swimsuit, and the other was of a black with white flowers swimsuit. OCE explained which one was for Steph and which one was for Cori and provided their sizes.

17.    On July 18, 2024, OCE asked BATES, on the **TARGET CELLPHONE,** if he was still coming next week so OCE could work the weekend or not.

18.     On July 19, 2024, BATES, using the **TARGET CELLPHONE,** texted that he was not finding, "skimpy" bathing suits online, and asked if OCE took next weekend off. OCE explained since they had not heard from BATES they had not firmed up their work schedule. During those conversations, BATES asked, "when do you think it is a good time for cori to become a woman?" OCE said they had been wondering about that. BATES continued, "Good and I've told you I imagine you and Steph on both sides of her holding her kissing her as I slide in slow [...] A family coming of age ritual." OCE replied, "Maybe with enough lube that can be our reality when you come." OCE asked what kind of lube BATES used, to which he answered, "Astro glide [...] It's great for virgin ass's so I'm sure it is great for a virgin lol [...] You might have to start fingering cori every night get her ready for my cock." Soon after, OCE told BATES they were able to be off work the following Thursday to Saturday, and BATES replied, "Oh ok great I can't wait." BATES discussed how he was going to try and get the bathing suits he was shopping for by, "next Wednesday or we might just have to go shopping there." When OCE asked BATES what his plan was, BATES answered, "And my plan is leave early Thursday morning and be there by noon." Thereafter, BATES continued to discuss the swimsuits saying, "Ready to see all three of them hot ass's in skimpy swim suits [...] Then stripping them off the girls and making them mine."

19.     On July 3, 2024, an administrative subpoena was served on Verizon Wireless for subscriber information, to include IMEI and historical toll information, for telephone number 785-202-2483, the **TARGET CELLPHONE.**  On July 17, 2024, Verizon Wireless returned the following information:

- MTN Status Effective Date – 07.09.2021

- Subscriber Name – Amanda Bates

- Subscriber Address – 107 S Wabash Ave, Norton, Kansas 67654

- IMEI - 869942043313512

20.    Based on my training and experience, I believe the ability to monitor the **TARGET CELLPHONE** will assist in seizing the device BATES uses to persuade, induce, entice, and coerce any individual who had not attained the age of 18 years to engage in sexual activity.

21.    I know based on the investigation to date that BATES plans to travel from Norton, Kansas, to the Western District of Oklahoma on July 25, 2024, to engage in sexual acts with children.

22.    I have confirmed that Verizon provides service for the **TARGET CELLPHONE**. Verizon's information lists Amanda Bates[5], BATES' wife, as the subscriber for the **TARGET CELLPHONE**. In my training and experience, this subscriber information indicates the individual who opens the cell phone account, and family members who are on the same cell phone plan to save money.  With open-source information revealing Bates' cell phone number matching the **TARGET CELLPHONE**, and BATES providing the **TARGET CELLPHONE** as his cell phone during

---

[5] Open-source checks BATES' having a spouse/close relationship to Amanda Bates. During chats with BATES and OCE, BATES stated he had a wife but has been separated for 9 years.

communications with the OCE on Fetlife, I have concluded that James Martin Bates is using the **TARGET CELLPHONE**.

23.     In my training and experience, I have learned that Verizon is a company that provides cellular communications service to the general public. I also know that providers of cellular communications service have technical capabilities that allow them to collect and generate information about the locations of the cellular devices to which they provide service, including cell-site data, also known as "tower/face information" or "cell tower/sector records." Cell-site data identifies the "cell towers" (i.e., antenna towers covering specific geographic areas) that received a radio signal from the cellular device and, in some cases, the "sector" (i.e., faces of the towers) to which the device connected. These towers are often a half-mile or more apart, even in urban areas, and can be ten (10) or more miles apart in rural areas. Furthermore, the tower closest to a wireless device does not necessarily serve every call to or from that device. Accordingly, cell-site data provides an approximate general location of the cellular device.

24.     Based on my training and experience, I know that Verizon can collect cell-site data about the **TARGET CELLPHONE**. Based on my training and experience, I know that for each communication a cellular device makes, its wireless service provider can typically determine: (1) the date and time of the communication; (2) the telephone numbers involved, if any; (3) the cell tower to which the customer connected at the beginning of the communication; (4) the cell tower to which the customer connected at the end of the communication; and (5) the duration of the communication. I also know that wireless providers such as Verizon typically collect and retain cell-site data pertaining to

cellular devices to which they provide service in their normal course of business in order to use this information for various business-related purposes.

25.    Based on my training and experience, I know each cellular device has one or more unique identifiers embedded inside it. Depending on the cellular network and the device, the embedded unique identifiers for a cellular device could take several different forms, including an Electronic Serial Number ("ESN"), a Mobile Electronic Identity Number ("MEIN"), a Mobile Identification Number ("MIN"), a Subscriber Identity Module ("SIM"), a Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"), an International Mobile Subscriber Identifier ("IMSI"), or an International Mobile Equipment Identity ("IMEI"). The unique identifiers—as transmitted from a cellular device to a cellular antenna or tower—can be recorded by pen-trap devices and indicate the identity of the cellular device making the communication without revealing the communication's content.

26.    Based on my training and experience, I know wireless providers such as Verizon typically collect and retain information about their subscribers in their normal course of business. This information can include basic personal information about the subscriber, such as name and address, and the method(s) of payment (such as credit card account number) provided by the subscriber to pay for wireless communication service. I also know that wireless providers such as Verizon typically collect and retain information about their subscribers' use of the wireless service, such as records about calls or other communications sent or received by a particular device and other transactional records, in their normal course of business. In my training and experience, this information may assist

13

in locating evidence of the crime described above and apprehending BATES. In my training and experience, this information may also constitute evidence of the crime under investigation because the information can be used to identify the **TARGET CELLPHONE**'s user or users and may assist in the identification of co-conspirators.

27.    In my training and experience, obtaining precise location information for the next forty-five (45) days for the TARGET CELLPHONE will assist and aid law enforcement in seizing evidence of BATES travelling to engage in sexual acts with children, and apprehending BATES.

## AUTHORIZATION REQUEST

28.    Based on the foregoing, I request that the Court issue the proposed warrant, pursuant to 18 U.S.C. § 2703(c) and Fed. R. Crim. P. 41. The proposed warrant will also function as a pen register order under 18 U.S.C. § 3123 authorizing the installation and use of a pen register and/or trap and trace device to record, decode, and/or capture certain information in **Attachment A** for each communication to or from the **TARGET CELLPHONE**, without geographic limit, for a period of forty-five (45) days pursuant to 18 U.S.C. § 3123(c)(1).

29.    I further request, pursuant to 18 U.S.C. § 2703(b)(1)(A), that the Court find that the government is not required to provide notice of this warrant to the subscriber, customer, or person who was monitored. I also request, pursuant to 18 U.S.C. § 3123(d), that **VERIZON** be ordered not to disclose to the listed customer or any other person the existence and/or use of the pen register and trap-and-trace device sought herein. Additionally, there is reasonable cause to believe that providing immediate notification of

14

the warrant to the subscriber, customer, or person who is being monitored may have an adverse result, as defined in 18 U.S.C. § 2705. Providing immediate notice to the subscriber, customer, or user of the **TARGET CELLPHONE** would seriously jeopardize the ongoing investigation, as such a disclosure would give that person an opportunity to destroy evidence, change patterns of behavior, notify confederates, and flee from prosecution. *See* 18 U.S.C. § 2705(a)(2). Therefore, I request that the Court order **VERIZON** not to notify any other person of the existence of this warrant and order for a period of one year from the date the requested warrant is issued, except that the service provider may disclose this warrant and order to an attorney for the service provider for the purpose of receiving legal advice. As further specified in **Attachment B**, which is incorporated into the warrant, the proposed search warrant does not authorize the seizure of any tangible property. *See* 18 U.S.C. § 3103a(b)(2). Moreover, to the extent that the warrant authorizes the seizure of any wire or electronic communication (as defined in 18 U.S.C. § 2510) or any stored wire or electronic information, there is reasonable necessity for the seizure for the reasons set forth above. *See* 18 U.S.C. § 3103a(b)(2).

30.    I further request that the Court direct **VERIZON** to disclose to the government any information described in Section I of **Attachment B** that is within its possession, custody, or control. Because the warrant will be served on **VERIZON,** who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

31.    I further request that the Court order that all papers in support of this application, including the affidavit and search warrant, be sealed for a period of one year

from the date the requested warrant is issued, or until further order of the Court. These documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation. Accordingly, there is good cause to seal these documents as their premature disclosure may jeopardize this investigation.

Respectfully submitted,

Marisol Flores
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me on July 23rd, 2024

AMANDA MAXFIELD GREEN
UNITED STATES MAGISTRATE JUDGE

16

## ATTACHMENT A

### Property to Be Searched

1. The cellular telephone assigned call number **(785) 202-2483** (the "**TARGET CELLPHONE**") whose wireless service provider is **VERIZON** (the "Provider"), a company that accepts process at 180 Washington Valley Road, Bedminster, NJ 07921.

2. Records and information associated with the **TARGET CELLPHONE** that is within the possession, custody, or control of the Provider.

## ATTACHMENT B

### Particular Things to Be Seized

I.     **Information to be Disclosed by the Provider**

To the extent that the information described in **Attachment A** is within the possession, custody, or control of the Provider, including any information that has been deleted but is still available to the Provider or that has been preserved pursuant to a request made under 18 U.S.C. § 2703(f), the Provider is required to disclose to the government the following information pertaining to the **TARGET CELLPHONE** listed in **Attachment A**:

a.     The following information about the customers or subscribers associated with the **TARGET CELLPHONE** for the time period June 25, 2024, to the present:

i.     Names (including subscriber names, user names, and screen names);

ii.     Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);

iii.     Local and long-distance telephone connection records;

iv.     Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;

v.     Length of service (including start date) and types of service utilized;

vi.     Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"); Mobile Identification Number ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"); International Mobile Subscriber Identity

Identifiers ("IMSI"), or International Mobile Equipment Identities ("IMEI");

vii.   Other subscriber numbers or identities (including the registration Internet Protocol ("IP") address);

viii.  Means and source of payment for such service (including any credit card or bank account number) and billing records;

ix.    All records and other information (not including the contents of communications) relating to wire and electronic communications sent or received by the **TARGET CELLPHONE**, including:

1.   the date and time of the communication, the method of the communication, and the source and destination of the communication (such as the source and destination telephone numbers (call detail records), email addresses, and IP addresses);

2.   information regarding the cell tower and antenna face (also known as "sectors" through which the communication were sent and received; to include the cell tower roundtrip network measurements from tower to device and back to tower, commonly referred to as Timing Advance data (RTT, PCMD, TrueCall, LOCDBOR, etc.).

b.   The following information about the customers or subscribers associated with the **TARGET CELLPHONE** for a period of 45 days from the issuance of the warrant, including:

i.     Names (including subscriber names, user names, and screen names);

ii.    Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);

iii.   Local and long-distance telephone connection records;

iv.    Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;

v.     Length of service (including start date) and types of service utilized;

2

    vi.    Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"); Mobile Identification Number ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"); International Mobile Subscriber Identity Identifiers ("IMSI"), or International Mobile Equipment Identities ("IMEI");

    vii.    Other subscriber numbers or identities (including the registration Internet Protocol ("IP") address); and

    viii.    Means and source of payment for such service (including any credit card or bank account number) and billing records.

c.    Prospective information about the location of the cellular phone associated with the **TARGET CELLPHONE** for a period of 45 days (during all times of day and night) from the issuance of the warrant, including:

    i.    E-911 Phase II data;

    ii.    GPS data to include cell tower sector information;

    iii.    Latitude-longitude data;

    iv.    Other precise location information, including engineering data to include but not limited to RTT records, PCMD records, Location Database of Records (LOCDBOR) and/or NELOS records, TrueCall records, and all other records containing timing advance measurements and distance-to-tower measurements for all technologies (CDMA, GSM, UMTS, LTE, etc.); and

    v.    Pen Register / Trap and Trace device with prospective cell site information or data about which "cell towers" (i.e., antenna towers covering specific geographic areas) and "sectors" (i.e., faces of the towers) received a radio signal from the **TARGET CELLPHONE** during any voice, SMS, and/or data transmission, including but not limited to engineering data which would include RTT records, PCMD records, Location Database of Records (LOCDBOR) and/or NELOS records, TrueCall records.

3

## II.    Information to Be Seized by the Government

All information described above in Section I that would assist and aid in the location and apprehension of **James Martin BATES** as he travels interstate to engages in sexual acts with minors, as well as any evidence of violations of 18 U.S.C. §§ 2422(b) and 2423(a).

Law enforcement personnel (who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, agency personnel assisting the government in this investigation, and outside technical experts under government control) are authorized to review the records produced by **VERIZON** in order to locate the things particularly described in this Warrant.

## ATTACHMENT C

### 18 U.S.C. § 3122 Certification

In support of this application, and pursuant to 18 U.S.C. § 3122, I state that I am an "attorney for the Government" as defined in Rule 1(b)(1) of the Federal Rules of Criminal Procedure. I certify that the information likely to be obtained from the requested warrant is relevant to an ongoing criminal investigation being conducted by the Investigating Agency of James Martin Bates for violation of the Target Offenses (18 U.S.C. §§ 2422(b) and 2423(a).

I declare under penalty of perjury under the laws of the United States of America that the foregoing paragraph is true and correct.

July 23, 2024
DATE

BOW BOTTOMLY
Assistant United States Attorney